### NELSON GRANGER ET AL. *v.* A. AIUDI AND SONS ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 15033) is denied.

*James H. Throwe* and *Gregory P. Granger*, in support of the petition.

*Peter J. Zagorsky*, in opposition.

Decided December 4, 1995

### CFM OF CONNECTICUT, INC. *v.* TAUFIQUL CHOWDHURY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 745 (AC 12406), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that, on March 18, 1993, the trial court, *Holzberg, J.*, lacked jurisdiction to vacate the contempt order of the trial court, *Susco, J.*, dated August 31, 1990?"

The Supreme Court docket number is SC 15334.

*John Timbers*, in support of the petition.

*Frank G. Usseglio*, in opposition.

Decided December 4, 1995